Case 1:22-cr-20022-DPG Document 1 Entered on FLSD Docket 01/26/2022 Page 1 of 5

FILED by  KS  D.C.
Jan 26, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20022-CR-GAYLES/TORRES

18 U.S.C. § 1040
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

RONALD LEE SELF,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Fraud in Connection with Major Disaster
### (18 U.S.C. § 1040)

From on or about September 14, 2017, through on or about October 16, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RONALD LEE SELF,**

knowingly made a materially false, fictitious and fraudulent statement and representation to the Federal Emergency Management Agency ("FEMA"), in an application for a benefit authorized, transported, transmitted, transferred, disbursed, and paid in connection with the Presidential Major Disaster Declaration

for the State of Florida (FEMA-DR-4337-FL), effective on or about September 10, 2017, said disaster declaration having been made under section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. § 5170), and the benefit was a record, voucher, payment, money and thing of value of the United States, and of a department and agency thereof; that is, the defendant knowingly applied for FEMA disaster assistance pertaining to damage to 17340 Bridlewood Drive, Okeechobee, Florida; and in relation to that application, the defendant claimed that the said address was his primary residence, when in truth and fact, and as the defendant then and there well knew, the address 17340 Bridlewood Drive, Okeechobee, Florida, was not his primary residence, in violation of Title 18, United States Code, Sections 1040 and 2.

## COUNT 2
### Theft of Government Money
### (18 U.S.C. § 641)

From on or about September 14, 2017, through on or about October 16, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RONALD LEE SELF,**

did knowingly and willfully embezzle, steal, and purloin and convert to his own use, money of the United States and a department and agency thereof, that is, the Federal Emergency Management Agency ("FEMA"), the aggregate amount of which exceeded $1,000, that is, FEMA disaster assistance, to which the defendant was not entitled, in violation of Title 18, United States Code, Sections 641 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RONALD LEE SELF,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
TREVOR C. JONES
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

v.

RONALD LEE SELF    **CERTIFICATE OF TRIAL ATTORNEY***

   **Superseding Case Information:**
_____ Defendant/

**Court Division:** (Select One)    New defendant(s)   ☐ Yes   ☐ No
☑ Miami  ☐ Key West  ☐ FTL    Number of new defendants _____
☐ WPB    ☐ FTP    Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __1-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)           (Check only one)
   I    0 to 5 days      ☑      Petty          ☐
   II   6 to 10 days     ☐      Minor          ☐
   III  11 to 20 days    ☐      Misdemeanor    ☐
   IV   21 to 60 days    ☐      Felony         ☑
   V    61 days and over ☐

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **Yes**

                                        _____
                                        Trevor C. Jones
                                        Assistant United States Attorney
                                        FLA Bar No.    0092793

*Penalty Sheet(s) attached                                    REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RONALD LEE SELF

**Case No:** _____

Count #: 1

Fraud in Connection with a Major Disaster

Title 18, United States Code, Section 1040

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 2

Theft of Government Funds

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**